CORRY v. SMITH et al. (Circuit Court of Appeals, Sixth Circuit. February 15, 1900.) No. 735. Appeal from the District Court of the United States for the Northern District of Ohio. Forman & McTighe and Arnold Green, for appellant. Goulder, Holding & Masten, for appellees. Dismissed, on appellees' motion, for failure of appellant to file briefs under rule 24 (31 C. C. A. clxiv., 90 Fed. clxiv.).

DAUGHERTY v. HODD et al. (Circuit Court of Appeals, Eighth Circuit. February 5, 1900.) No. 1,378. Appeal from the Circuit Court of the United States for the District of Nebraska. Charles Ogden and Joel W. West, for appellant. Carroll S. Montgomery and Matthew A. Hall, for appellees. Dismissed, with costs, on motion of appellees.

DENNISON MFG. CO. v. SCHARF TAG, LABEL & BOX CO. (Circuit Court of Appeals, Sixth Circuit. March 12, 1900.) No. 785. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Rowland Cox, for appellant. James Whittemore, for appellee. Dismissed on motion of appellant.

DEWEY STAVE CO. et al. v. PIERCE. (Circuit Court of Appeals, Sixth Circuit. January 5, 1900.) No. 686. Appeal from the Circuit Court of the United States for the Northern District of Ohio. Doyle & Lewis and Clayton B. Everett, for appellants. Brown & Geddes, for appellee. No opinion. Decree of circuit court affirmed on stipulation.

EQUITABLE MUT. LIFE ASS'N v. CONNOR. (Circuit Court of Appeals, Eighth Circuit. December 21, 1899.) No. 1,281. In Error to the Circuit Court of the United States for the District of Colorado. Oliver B. Liddell, for plaintiff in error. J. E. Robinson and Milton L. Anfenger, for defendant in error. Dismissed, without costs to either party in this court, per stipulation of the parties.

FIDELITY & CASUALTY CO. OF NEW YORK v. TICKTIN. (Circuit Court of Appeals, Eighth Circuit. January 29, 1900.) No. 1,364. In Error to the Circuit Court of the United States for the Western District of Missouri. William Warner, O. H. Dean, W. D. McLeod, and Hale Holden, for plaintiff in error. Dismissed, with costs, on motion of plaintiff in error. See 87 Fed. 543.

FISHER v. COMMERCIAL SAV. BANK OF ALBION, MICH., et al. (Circuit Court of Appeals, Sixth Circuit. February 26, 1900.) No. 798. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. A. M. Culver and Fred A. Baker, for appellant. Edwin F. Conely, for appellees. Dismissed on stipulation.